## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

ANNE ARBELAEZ, an individual

       Plaintiff,

v.                                  Case No:  2:16-cv-563-FtM-99CM

ADLER REALTY SERVICES, LLC,

       Defendant.

_____

## ORDER

    This matter comes before the Court upon review of Plaintiff's Unopposed Motion to Hold Settlement Conference Telephonically (Doc. 16) filed on January 27, 2017.[1]  Plaintiff seeks the Court's permission to hold a settlement conference by telephone.  Doc. 16 at 1.  Plaintiff alleges that holding an in-person settlement conference would impose an undue burden on the parties because Plaintiff's counsel is located in Naples, Florida and Defendant's counsel is in Coral Gables, Florida.  *Id.* Defendant does not oppose the requested relief.  *Id.*

    On November 30, 2016, Senior United States District Judge John E. Steele entered a FLSA Scheduling Order, directing all counsel and any unrepresented parties to "meet and confer in person in a good faith effort to settle all pending issues, including attorneys' fees and costs."  Doc. 13 at 3.  The undersigned also has emphasized that "the most advantageous vehicle through which to encourage early

_____

[1] On July 8, 2016, Plaintiff filed a Complaint against Defendant under the Fair Labor Standards Act ("FLSA").  Doc. 1.

discussion and possible resolution of FLSA cases is the conduct of an in-person settlement conference between counsel before the general discovery phase begins." *Vega v. Circle K Stores, Inc.*, No. 2:14-cv-298-FtM-38CM, 2014 WL 4101642, at *2 (M.D. Fla. Aug. 20, 2014).

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Unopposed Motion to Hold Settlement Conference Telephonically (Doc. 16) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 31st day of January, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record